UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LAWRENCE SMITH,<br><br>            Plaintiff,<br><br>v.<br><br>STEPHEN MAYBERG, et al.,<br><br>            Defendants. | Case No. 1:07-cv-00913-BLW<br>(severed from 1:06-cv-1801-BLW-LMB)<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is dismissed without prejudice.

Additionally, this case is hereby ordered closed.

DATED:  **April 3, 2013**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**